UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALLEN WAYNE HENDRIX                                                                  PLAINTIFF

v.                                                        CIVIL ACTION NO. 3:15cv416WHB-JCG

VERIZON WIRELESS (VAW), LLC                                                    DEFENDANT

### JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is now before the Court upon the motion of Plaintiff Allen Wayne Hendrix and Defendant Verizon Wireless Personal Communications LP d/b/a Verizon Wireless (improperly sued and served as Verizon Wireless (VAW), LLC) for dismissal of this action with prejudice. The Court is fully advised in the premises and is of the opinion that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action shall be and is hereby fully and finally dismissed **WITH PREJUDICE**, with each party to bear its own attorney fees, expenses, and costs.

**SO ORDERED AND ADJUDGED** this 11th day of August, 2015.

                s/William H. Barbour, Jr.
                **UNITED STATES DISTRICT JUDGE**

**SO AGREED:**

| | |
|---|---|
| /s/Daniel D. Ware | /s/John B. Howell, III |
| Daniel D. Ware | John B. Howell, III (MSB #102655) |
| Ware Law Firm, PLLC | Watkins & Eager PLLC |
| 2609 U.S. Highway 49 South | Post Office Box 650 |
| Florence, Mississippi 39073 | Jackson, Mississippi 39205 |
| Telephone: 601.845.9273 | Telephone: 601.965.1900 |
| Email: *dware@warelawfirm.com* | Email: *jhowell@watkinseager.com* |
| **Counsel for Plaintiff** | **Counsel for Defendant** |